IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 14-CR-00076-LRR |
| Plaintiff, ) | |
| ) | **Count 1:** |
| vs. ) | 8 U.S.C. § 1326(a)&(b)(2) |
| ) | Found After Illegal Re-Entry as an |
| LUCIANO GARCIA-CORONA, ) | Aggravated Felon |
| a/k/a Mario Lopez ) | |
| a/k/a Jose G. Mercado Morales, ) | **Count 2:** 18 U.S.C. § 1546(a) |
| ) | Unlawful Possession of |
| Defendant. ) | Identification Documents |

## INDICTMENT

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 7/23/2014
ROBERT L. PHELPS, CLERK

The Grand Jury charges:

### COUNT 1

On or about December 9, 2013, in the Northern District of Iowa, the defendant, LUCIANO GARCIA-CORONA, an alien, was found in the United States after having been removed from the United States. Defendant had been removed on or about December 15, 1999, and on about December 28, 2011, and did not obtain the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Section 202(3) and (4) and Section 557), to reapply for admission to the United States prior to reentering the United States. Defendant's December 28, 2011, removal was subsequent to a conviction on March 11, 2011, in *State of Iowa v. Luciano-Garcia-Corona*, Case No. FECR 012978, for Domestic Abuse Assault with a Dangerous Weapon, an aggravated felony.

1

This was in violation of Title 8, United States Code, Section 1326(a)&(b)(2).

## COUNT 2

On or about December 7, 2013, in the Northern District of Iowa, defendant, LUCIANO GARCIA-CORONA, knowingly possessed document(s) prescribed by statute or regulation as evidence of authorized stay or employment in the United States, that is, a social security card bearing an account number with the last four digits "3350," and a State of Texas Identification card in the name of a person with the last name "Mercado-Morales;" which document(s) defendant knew had been forged, counterfeited, falsely made, and otherwise unlawfully obtained.

This is in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

/s/
Foreperson    July 22, 2014
              Date

KEVIN W. TECHAU
United States Attorney

By: [signature]

RICHARD L. MURPHY
Assistant United States Attorney